# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 30, 2025

> Application **GRANTED**. The initial pretrial conference scheduled for February 12, 2025, is adjourned to **April 2, 2025, at 4:20pm**. The parties shall file the materials described at Dkt. 7 by **March 26, 2025**.
>
> Dated: January 31, 2025
>          New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:    Norris v. Leffot NYC Incorporated, et al.
              Case 1:24-cv-09682-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 5, 2025, at 4:20 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. Furthermore, the Complaint was recently amended, and the new Defendant's summons has been sent out to be served.

    The undersigned respectfully requests the Court grant an adjournment of the Conference in order to allow the new Defendant to be served and the parties to appear in this matter. Therefore, a 45-day adjournment of the Conference is hereby requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                  Sincerely,

                By: /S/   B. Bradley Weitz
                    B. Bradley Weitz, Esq. (BW9365)
                    THE WEITZ LAW FIRM, P.A.
                    Attorney for Plaintiff
                    Bank of America Building
                    18305 Biscayne Blvd., Suite 214
                    Aventura, Florida 33160
                    Telephone: (305) 949-7777
                    Facsimile:  (305) 704-3877
                    Email: bbw@weitzfirm.com