# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> Application **GRANTED**.  The initial conference currently scheduled for April 5, 2025, is adjourned to **May 6, 2025, at 3:30 pm**.  If the Defendant has appeared, the parties shall file the materials described at Dkt. No. 7 by **April 29, 2025**.  If Defendant has not appeared, Plaintiff shall file a status letter by **April 29, 2025**, (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to file a proposed Order to Show Cause for default judgment and related papers pursuant to the Court's local rules.  So Ordered.
>
> Dated: March 27, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

March 26, 2025

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Re:   Norris v. Leffot NYC Incorporated, et al.
      Case 1:24-cv-09682-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for April 5, 2025, at 4:20 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter.

The undersigned respectfully requests the Court grant an adjournment of the Conference in order to allow for the parties to formally appear in this matter. Therefore, a 30-day adjournment of the Conference is hereby requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com