UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NAMEL NORRIS,                                                :
                                    Plaintiff,               :
                                                             :           24 Civ. 9682 (LGS)
                -against-                                    :
                                                             :                ORDER
LEFFOT NYC INCORPORATED, a New York                          :
corporation, d/b/a LEFFOT NYC, and 10                        :
CHRISTOPHER STREET OWNERS CORP., a                           :
New York corporation,                                        :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued on March 27, 2025, (a) directing the parties to file the materials described at Dkt. No. 7 by April 29, 2025, if Defendants have appeared, or (b) directing Plaintiff to file a status letter by April 29, 2025, requesting further adjournment of the initial conference for up to 30 days and proposing a date prior to the conference to file a proposed Order to Show Cause for default judgment and related papers pursuant to the Courts local rules.

WHEREAS, neither the materials described at Dkt. No. 7 nor a status letter were filed by April 29, 2025.

WHEREAS, Defendants have not yet appeared. It is hereby

**ORDERED** that the initial conference currently scheduled for May 6, 2025, at 3:30 pm, is adjourned to **June 10, 2025, at 3:30 pm**. It is further

**ORDERED** that, by **May 6, 2025**, Plaintiff shall file the requested status letter proposing a date prior to the conference to file a proposed Order to Show Cause for default judgment and related papers pursuant to the Courts local rules. Should Defendants appear in the meantime, the parties shall file the materials described at Dkt. No. 7 by **June 3, 2025**.

Dated: April 30, 2025
       New York, New York

                                                                    _____
                                                                         LORNA G. SCHOFIELD
                                                                    UNITED STATES DISTRICT JUDGE